**UNITED STATES of America**

v.

**Tye DAVIS, Appellant.**

**No. 05–2723.**

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) Feb. 1, 2008.

Filed: March 6, 2008.

Eric Pfisterer, Office Of United States Attorney, Harrisburg, PA, for United States Of America.

Stephen C. Smith, Lock Haven, PA, for Appellant.

Before: RENDELL and CHAGARES, Circuit Judges, and POLLAK,* District Judge.

OPINION OF THE COURT

CHAGARES, Circuit Judge.

Appellant Tye Davis appeals his sentence stemming from his participation in a drug-trafficking conspiracy. Whereas the Government concedes that the District Court wrongfully applied a mandatory Guideline regime in sentencing Tye Davis, we will remand for resentencing in accordance with *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).[2]

---

* Honorable Louis H. Pollak, Senior Judge of the United States District Court for the Eastern District of Pennsylvania, sitting by designation.

2. This Court notes that the defendant also contends that there is an outstanding motion to suppress still pending before the District Court.